UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00216

**Leonard Pickron,**
*Plaintiff,*

v.

**Judge Unknown Standhouse et al.,**
*Defendants.*

# ORDER

Plaintiff Leonard Pickron, proceeding pro se and in forma pauperis, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 3.

On June 7, 2021, the magistrate judge identified material deficiencies in plaintiff's original complaint and ordered him to file an amended complaint to demonstrate a basis for a civil rights lawsuit. Doc. 5. Plaintiff filed his amended complaint on June 14, 2021. Doc. 6. On June 16, 2021, the magistrate judge issued a report recommending that the complaint be dismissed with prejudice pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(b). Doc. 11. Plaintiff filed written objections. Docs. 15, 17.

The court reviews the objected-to portions of a magistrate judge's report and recommendation de novo. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1). The magistrate judge recommended dismissal because defendants are immune from suit or are not individuals subject to suit under Section 1983. Doc. 11 at 5–6. Plaintiff's objections do not refute those bases for dismissal. Docs. 15, 17.

Having reviewed the magistrate judge's report de novo, and being satisfied that it contains no error, the court overrules plaintiff's objections and accepts the report's findings and recommendation. This case is dismissed with prejudice on the basis of judicial

immunity and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(b).

*So ordered by the court on July 14, 2021.*

J. CAMPBELL BARKER
United States District Judge